UNITED STATES DISTRICT COURT
DISTRIC OF MINNESOTA

| | |
|---|---|
| INCOMPASS, INC., | ) |
| | ) Civil Action No. 08-CV-207 JRT/FLN |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ENVENTIS TELECOM, INC., | ) |
| | ) |
| Defendant. | ) |

———————————

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff InCompass, Inc. hereby dismisses this action.

Dated: July 22, 2008    **NILES LAW OFFICE, P.A.**

By: s/Donald W. Niles
    Donald W. Niles (160684)
121 Colfax Avenue S.W.
Wadena, MN 56482
Tel: 612-296-7788
Fax: 1-888-644-8522
Email: dniles@nilolaw.com

**Attorney for Plaintiff InCompass, Inc.**